

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

Nos. 04-19-00556-CR, 04-19-00557-CR, 04-19-00558-CR, 04-19-00559-CR
& 04-19-00560-CR

Sean Carlton **LACEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR13328, 2018CR13305, 2018CR12079, 2018CR12614
& 2018CR12615
Honorable Frank J. Castro, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed: October 2, 2019

DISMISSED

The trial court's certification in each of these companion appeals states: "[T]his criminal case is a plea-bargain case, and the defendant has NO right of appeal."

"In a plea bargain case . . . a defendant may appeal only: (a) those matters that were raised by written motion filed and ruled on before trial, or (b) after getting the trial court's permission to appeal." TEX. R. APP. P. 25.2(a)(2). The clerk's records, which each contain a written plea bargain, establish the punishment assessed by the court does not exceed the punishment recommended by

the prosecutor and agreed to by the defendant. *See id.* The clerk's records do not include written motions filed and ruled upon before trial, nor do they indicate the trial court gave its permission to appeal. *See id.* The trial court's certifications, therefore, appear to accurately reflect that these are plea-bargain cases and appellant does not have a right to appeal.

We must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." TEX. R. APP. P. 25.2(d). We issued an order stating these appeals would be dismissed unless amended trial court certifications were made part of the appellate record by September 23, 2019. *See* TEX. R. APP. P. 25.2(d); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). No amended certifications were filed.

Accordingly, these appeals are dismissed pursuant to Rule 25.2(d).

PER CURIAM

DO NOT PUBLISH